1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10         SOUTHERN DISTRICT OF CALIFORNIA

11  INVITROGEN CORPORATION, a           Case No. 07-CV-0878 JLS (POR)
    Delaware corporation,
12                                       **ORDER GRANTING JOINT MOTION
                        Plaintiff,       FOR DISMISSAL WITHOUT PREJUDICE**
13
            v.
14
    PRESIDENT AND FELLOWS OF
15  HARVARD COLLEGE, a Massachusetts
    corporation,
16
                        Defendant.
17

18  SAMMARTINO, Judge:

19         On October 10, 2007, Plaintiff Invitrogen Corporation ("Invitrogen") and Defendant

20  President and Fellows of Harvard College ("Harvard") filed the pending Joint Motion for

21  Dismissal Without Prejudice.  (Doc. # 27.)

22         Good cause appearing, the Joint Motion is GRANTED.  (Doc. # 27.)  IT IS HEREBY

23  ORDERED that the above-captioned matter is dismissed without prejudice pursuant to Fed. R.

24  Civ. P. 41(a), with each party to bear its own fees and costs, and that the parties will proceed to

25  ////

26

27  ////

28

1    litigate the matter on the merits in the United States District Court for the District of

2    Massachusetts sub nom Invitrogen Corporation v. President and Fellows of Harvard College,

3    Civil Action No. 07-cv-10917-NMG.

4         **IT IS SO ORDERED.**

5    DATED:  October 10, 2007

6                                                          Janis L. Sammartino
                                                           United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE